THOMAS J. MOODY, *Appellant*, v. VOLUSIA COUNTY AND W. P. WILKINSON, E. C. JACKSON, C. L. VINING, GUY A. TYLER AND L. B. DOUGLASS, INDIVIDUALLY COUNTY COMMISSIONERS AND COLLECTIVELY CONSTITUTING THE BOARD OF COUNTY COMMISSIONERS OF VOLUSIA COUNTY, AND T. B. GILLESPIE, *Appellees.*

Division A.

Decision Filed June 11, 1927.

An Appeal from the Circuit Court for Volusia County; J. J. Dickinson, Judge.

*Abbott & Gaulden,* for Appellant;

*Landis, Fish & Hull* and *Erskine W. Landis,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and it appearing to the Court that the question presented has become moot; it is, therefore, considered, ordered and decreed by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur.